**Gary WALL, Plaintiff–Appellant,**

v.

**David ROBINSON, Regional Director of the VA. D.O.C.; Kelly, Chief Warden of SX–I SP; Everett, Chief Warden of SX–II SP; Cain, Sgt.C; Officer of SX–II SP; Fleming, Sgt. H; Officer of SX–II SP; Royals, Lt.; Officer of SX–II SP; Rodriquez, Inmate hearings officer of SX–II SP; K. Fowlkes, 3 Building Unit Manager of SX–II SP; Unknown Name "Grey", Lt.; Officer of SX–II SP; LT. Ruffin, Defendants–Appellees.**

No. 12–7589.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 28, 2013.

Decided: March 8, 2013.

Gary Wall, Appellant pro se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Wall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wall v. Robinson,* No. 1:09–cv–00574–TSE–TCB (E.D.Va. Aug. 22, 2012). Wall's motion to appoint counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*